1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
   P.O. Box 4476
3  Sunriver, OR  97707
4  Telephone:    541-419-0074
   Fax:          541-593-4452
5  Email:        jaf@forslundlaw.com

6  Attorney for Plaintiff

7

8                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
9

10 PATRICIA ALFARO PEREZ,        )   Case No.  2:20-CV-002464-AC
                                 )
11     Plaintiff                 )   **STIPULATION AND** ~~**PROPOSED**~~
                                 )   **ORDER FOR EXTENSION OF TIME**
12 v.                            )   **TO FILE PLAINTIFF'S MOTION FOR**
                                 )   **SUMMARY JUDGMENT**
13                               )
   KILOLO KIJAKAZI,              )
14 Acting Commissioner of Social Security, )
                                 )
15     Defendant                 )
                                 )
16                               )
   _____     )
17

18      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

19 the time 16 Days to November 10, 2021 for Plaintiff to file her Motion for Summary Judgment, in

20 accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is

21 requested due to the fact that Plaintiff's counsel fell ill last week and has been unable to complete the

22 Brief as scheduled.

23

24

25

26

27

28
   **Perez v. Kijakazi**          Stipulation and Proposed Order       E.D. Cal. 2:20-cv-002464-AC

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 25, 2021    JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  October 25, 2021   PHILIP A. TALBERT
Acting United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Sathya Oum*
SATHYA OUM
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED:  October 26, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Perez v. Kijakazi**           Stipulation and Proposed Order       E.D. Cal. 2:20-cv-002464-AC