PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4846
    Facsimile: (415) 744-0134
    Email: sathya.oum@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ALFARO PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-2464-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; PROPOSED ORDER** |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, reassess the residual functional capacity, and if required, offer the claimant the opportunity for a new hearing and take further action, as warranted, to complete the administrative record.

Stip. to Remand; 2:20-cv-2464-AC

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 24, 2022                    FORSLUND LAW LLC

                                   By:   /s/ Jacqueline Forslund
                                         JACQUELINE FORSLUND
                                         * By email authorization
                                         Attorney for Plaintiff

Dated: February 24, 2022                    PHILLIP A. TALBERT
                                            United States Attorney


                                   By:   /s/ Sathya Oum
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant


## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.


DATED: March 1, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:20-cv-2464-AC