FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:              541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA ALFARO PEREZ, | ) | Case No.  2:20-CV-02464-AC |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER FOR AWARD OF ATTORNEY'S** |
| v. | ) | **FEES UNDER THE EQUAL ACCESS TO** |
| | ) | **JUSTICE ACT (EAJA)** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal
Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of EIGHT THOUSAND
SEVEN HUNDRED dollars and ZERO cents ($8,700.00).  This amount represents compensation for
all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in
accordance with 28 U.S.C. sec. 2412(d).

After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the
government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to
Plaintiff's attorney. The government's ability to honor the assignment will depend on whether the
fees and expenses are subject to an offset allowed under the United States Department of the
Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of
EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If
it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v.
Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for

EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  May 27, 2022                    JACQUELINE A. FORSLUND
                                       Attorney at Law


                                       */s/Jacqueline A. Forslund*
                                       JACQUELINE A. FORSLUND
                                       Attorney for Plaintiff

Date:  May 27, 2022                    PHILLIP A. TALBERT
                                       United States Attorney
                                       PETER K. THOMPSON
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       */s/ Sathya Oum*
                                       SATHYA OUM
                                       Special Assistant United States Attorney
                                       *By email authorization
                                       Attorney for Defendant

                                       ORDER

APPROVED AND SO ORDERED


DATED:  May 31, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Perez v. Kijakazi**               **Stipulation and Proposed Order**          **E.D. Cal. 2:20-cv-02464-AC**